**John S. McINNES, M.D., Appellant**

v.

**COMMONWEALTH of Pennsylvania, MEDICAL CARE AVAILABILITY AND REDUCTION OF ERROR FUND, Appellee.**

Supreme Court of Pennsylvania.

March 18, 2009.

## *ORDER*

PER CURIAM:

**AND NOW,** this 18th day of March, 2009, the order of the Commonwealth Court is AFFIRMED.